1

2

3

4

5

6

7                  UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9                      WESTERN DIVISION

10

11   LEON HARRISON BARNETT,          )  No. ED CV 09-00230-VBF (VBK)
                                      )
12                    Petitioner,     )  ORDER (1) ACCEPTING AND ADOPTING
                                      )  THE REPORT AND RECOMMENDATION OF
13        v.                          )  THE UNITED STATES MAGISTRATE
                                      )  JUDGE, AND (2) DISMISSING THE
14   L. SMALL,                        )  PETITION FOR WRIT OF HABEAS
                                      )  CORPUS
15                    Respondent.     )
                                      )
16

17        Pursuant to 28 U.S.C. §636, the Court has made a <u>de novo</u> review

18   of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's

19   Answer, Petitioner's Reply, all of the records herein and the Report

20   and Recommendation of the United States Magistrate Judge ("Report").

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1    **IT IS ORDERED** that: (1) the Court accepts and adopts the Report

2  and Recommendation, (2) the Court declines to issue a Certificate of

3  Appealability ("COA");[1] and (3) Judgment be entered dismissing the

4  Petition with prejudice.

5

6  DATED: February 10, 2010          _____
                                           VALERIE BAKER FAIRBANK
7                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21  _____

22      [1]    Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
        applicant has made a substantial showing of the denial of a
23      constitutional right."  The Supreme Court has held that, to obtain a
        Certificate of Appealability under §2253(c), a habeas petitioner must
24      show that "reasonable jurists could debate whether (or, for that
        matter, agree that) the petition should have been resolved in a
25      different manner or that the issues presented were 'adequate to
        deserve encouragement to proceed further'." Slack v. McDaniel, 529
26      U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks
        omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
27      1029 (2003).  After review of Petitioner's contentions herein, this
        Court concludes that Petitioner has not made a substantial showing of
28      the denial of a constitutional right, as is required to support the
        issuance of a COA.